**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCARTHY,

    Plaintiff(s),

  v.

MARK R. SLOAN,

    Defendant(s).
_____/

No. C-13-03346 DMR

**ORDER TO FILE STATUS REPORT**

On September 11, 2013, Plaintiff Robert McCarthy filed a Notice of Settlement in which he stated that this matter has been settled and that the parties would file a joint motion for dismissal within 45 days. [Docket No. 6.] No request for dismissal has been filed. Accordingly, by no later than January 27, 2014, the parties shall file a joint report regarding the status of this case.

IT IS SO ORDERED.

Dated: January 22, 2014



DONNA M. RYU
United States Magistrate Judge